

998 P.2d 1114

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Olivas v. State ................................... 22546 03/31/2000 Affirmed

998 P.2d 1114

# SUPREME COURT OF HAWAI'I

### March 8, 1999

| 22453 | Pack v. State, Dept. of Accounting & General Services | Affirmed |
|---|---|---|

### March 9, 2000

| 22695 | Zoeller v. Arcadia Retirement Residence | Affirmed |
|---|---|---|

### March 15, 2000

| 22523 | Association of Apartment Owners of Puuone Terrace v. Di Tullio | Affirmed |
|---|---|---|

### March 29, 2000

| 22485 | State v. Logan | Affirmed |
|---|---|---|

### March 31, 2000

| 22872 | State v. Calzada | Affirmed |
|---|---|---|

### April 26, 2000

| 22234 | State v. Bee | Affirmed |
|---|---|---|

### April 27, 2000

| 22405 | Mauna Kea Agribusiness Co. Inc. v. Heirs or assigns of Keepalawa | Affirmed |
|---|---|---|

### April 28, 2000

| 23027 | Rita v. State | Affirmed |
|---|---|---|